IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LANCE E AMUNDSON,

        Plaintiff,                      No. 1:13-cv-01286-PK

        v.                            ORDER

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Paul Papak issued a Findings and Recommendation [13] on July 11, 2014, in which he recommends that this Court affirm the Commissioner's final decision denying Amundson's application for Title XVI supplemental security income disability insurance benefits.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see</u> also <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [13]. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 18 day of Aug, 2014.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER